UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR406-00402-001 |
| ) | |
| Steven E. Westrick ) | |
| ) | |

## ORDER

On May 18, 2007, a warrant was issued for the defendant's arrest based on his failure to surrender for service of a ten-day custodial sentence imposed on March 13, 2007, for the offense of driving under suspended license. The defendant failed to report to the Crisp County Jail on April 24, 2007, as instructed by the United States Marshals Service. The defendant was arrested by the United States Marshals Service on May 18, 2007, and was lodged in the Liberty County Jail in Hinesville, Georgia, to begin his custodial sentence.

The Court has received notification from the United States Marshals Service that on May 22, 2007, the defendant purposely injured himself by banging his arm on his bunk at the jail. An x-ray obtained at the Liberty County Emergency Room indicated that the defendant had an open fracture and laceration to his arm. The United States Marshals Service indicated the defendant was transported back to the Liberty County Jail after refusing further medical care. The jail staff has been unsuccessful in their attempt to render proper medical care because the defendant continues to be belligerent toward staff.

According to the United States Marshals Service, the defendant has a scheduled release date of May 25, 2007. Given the defendant's lack of cooperation for medical care, the Court anticipates his medical condition will deteriorate without proper medical attention.

**THEREFORE, IT IS HEREBY ORDERED** that the defendant be given credit for time served and be immediately released from the Liberty County Jail.

**SO ORDERED**, this 22nd day of May, 2007, at Savannah, Georgia.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA